IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AIR METHODS CORPORATION, | § | Case No. 23-90886 (MI) |
| *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT
IN CONNECTION WITH JOINT PREPACKAGED CHAPTER 11 PLAN
OF AIR METHODS CORPORATION AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE THAT**:

1. On October 23, 2023, Air Methods Corporation and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), with the support of their lenders and other financial stakeholders, began solicitation of votes on the *Joint Prepackaged Chapter 11 Plan of Air Methods Corporation and Its Affiliated Debtors* (Docket No. 16).

2. On October 24, 2023, the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

3. On October 27, 2023, the Court entered the *Order (I) Conditionally Approving Adequacy of Disclosure Statement, (II) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan, (III) Approving Solicitation*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Air Methods Corporation (5893), ASP AMC Holdings, Inc. (3873), ASP AMC Intermediate Holdings, Inc. (2677), Air Methods Telemedicine, LLC (2091), United Rotorcraft Solutions, LLC (2763), Mercy Air Service, Inc. (0626), LifeNet, Inc. (3381), Rocky Mountain Holdings, L.L.C. (3822), Air Methods Tours, Inc. (4178), Tri-State Care Flight, L.L.C. (5216), Advantage LLC (2762), Enchantment Aviation, Inc. (5198), Native Air Services, Inc. (8798), Native American Air Ambulance, Inc. (8800), AirMD, LLC (1368), Midwest Corporate Air Care, LLC (N/A). The Debtors' mailing address is 5500 South Quebec Street, Suite 300, Greenwood Village, CO 80111.

*Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline, (IV) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan, (V) Approving Notice and Objection Procedures for Assumption of Executory Contracts and Unexpired Leases, (VI) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement to File Statements of Financial Affairs and Schedules of Assets and Liabilities, and (VII) Granting Related Relief* (Docket No. 146) (the "**Disclosure Statement Order**").

4. On November 20, 2023, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Joint Prepackaged Chapter 11 Plan of Air Methods Corporation and Its Affiliated Debtors* (Docket No. 257) (as may be further amended, supplemented, or otherwise modified from time to time, the "**Plan Supplement**").

5. On November 30, 2023, the Debtors filed the *Amended Joint Prepackaged Chapter 11 Plan of Air Methods Corporation and Its Affiliated Debtors* (Docket No. 279) (as may be further amended, supplemented, or otherwise modified from time to time in accordance with its terms, the "**Plan**").[2]

6. In accordance with the Plan and Disclosure Statement Order, the Debtors hereby file the following exhibits to the Plan Supplement, which replace and supersede all prior-filed versions of such documents, as applicable:

| **Exhibit B** | **Required Disclosures Under Section 1129(a)(5)** | |
|---|---|---|
| **Exhibit E** | **New Warrants Agreement** | |
| **Exhibit F** | **DOT Warrants Agreements** | |
| | **F-1** | Section 1145 DOT Warrants Agreement |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

|  | F-2 | Section 4(a)(2) DOT Warrants Agreement |
| --- | --- | --- |
| **Exhibit J** |  | **Schedule of Rejected Contracts** |

7. Annexed hereto as **Exhibit B-1** is a redline of the required disclosures under section 1129(a)(5) filed herewith against the required disclosures under section 1129(a)(5) filed with the Plan Supplement.

8. Annexed hereto as **Exhibit J-1** is a redline of the Schedule of Rejected Contracts filed herewith against the Schedule of Rejected Contracts filed with the Plan Supplement.

9. As defined in the Plan, the Plan Supplement means a supplement or supplements to the Plan containing certain documents and forms of documents, agreements, schedules, and exhibits relevant to the implementation of the Plan (in each case, as may be amended, supplemented, or otherwise modified from time to time in accordance with the RSA, the Bankruptcy Code, and the Bankruptcy Rules), which shall include: (i) the New Corporate Governance Documents; (ii) the size and composition of the New Board, including the identities of the directors to be appointed to the New Board to the extent known and determined; (iii) with respect to the members of the New Board, information required to be disclosed in accordance with section 1129(a)(5) of the Bankruptcy Code; (iv) the Exit Term Loan Facility Credit Agreement; (v) the Exit Securitization Program Term Sheet and, to the extent available, the Exit Securitization Program Agreement; (vi) the New Warrants Agreements; (vii) the DOT Warrants Agreement; (viii) the Registration Rights Agreement; (ix) the Restructuring Transactions Exhibit; (x) a schedule of retained Causes of Action; and (xi) the Schedule of Rejected Contracts, if any; *provided* that, through the Plan Effective Date, the Debtors have the right to amend documents

contained in, and exhibits to, the Plan Supplement in accordance with the terms of the Plan and the RSA.

10. The documents contained in the Plan Supplement, including this amendment, are integral to, and are considered part of, the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the documents contained in this Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

11. The Plan Supplement documents attached hereto are not final and remain subject to (i) further review, negotiation, and modifications, and (ii) final documentation in a manner consistent with the Plan and the RSA. The Debtors reserve all rights to amend, supplement, and/or otherwise modify the Plan Supplement, and any of the documents contained therein at any time before the Plan Effective Date, or any such other date as may be permitted by the Plan or by order of the Bankruptcy Court, in accordance with the terms of the Plan and the RSA. If material amendments or modifications are made to any of these documents, the Debtors will file a blackline of each such document so amended or modified with the Court marked to reflect the same.

12. A hearing to consider confirmation of the Plan is scheduled to begin on **Wednesday, December 6, 2023 at 9:00 a.m. (prevailing Central Time)** before the Court (the "**Confirmation Hearing**"). The Confirmation Hearing may be continued from time to time by the Court without further notice other than adjournments announced in open court.

[*Remainder of page intentionally left blank*]

13. Copies of the exhibits contained in this Plan Supplement, and all documents filed in these chapter 11 cases, including the Plan and Disclosure Statement, are available free of charge by visiting https://dm.epiq11.com/case/airmethods.  You may also obtain copies of filings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: December 5, 2023
       Houston, Texas

                     /s/ Gabriel A. Morgan
                     WEIL, GOTSHAL & MANGES LLP
                     Gabriel A. Morgan (24125891)
                     700 Louisiana Street, Suite 1700
                     Houston, Texas 77002
                     Telephone:  (713) 546-5000
                     Facsimile:  (713) 224-9511
                     Email:   Gabriel.Morgan@weil.com

                     -and-

                     WEIL, GOTSHAL & MANGES LLP
                     Ray C. Schrock (admitted *pro hac vice*)
                     Kelly DiBlasi (admitted *pro hac vice*)
                     Kevin Bostel (admitted *pro hac vice*)
                     Alexander P. Cohen (24109739)
                     767 Fifth Avenue
                     New York, New York 10153
                     Telephone:  (212) 310-8000
                     Facsimile:  (212) 310-8007
                     Email:   Ray.Schrock@weil.com
                               Kelly.DiBlasi@weil.com
                               Kevin.Bostel@weil.com
                               Alexander.Cohen@weil.com

                     *Proposed Attorneys for Debtors*
                     *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 5, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                                          */s/ Gabriel A. Morgan*
                                                                          Gabriel A. Morgan