## **Exhibit J**

**Schedule of Rejected Contracts**

**Exhibit J**

**Schedule of Rejected Contracts**

In accordance with Article VIII of the *Amended Joint Prepackaged Chapter 11 Plan of Air Methods Corporation and Its Affiliated Debtors* (Docket No. 279) (as may be further amended, supplemented, or otherwise modified from time to time in accordance with its terms, the "**Plan**"),[1] the Debtors hereby file this schedule of executory contracts and unexpired leases that the Debtors intend to reject pursuant to the Plan (the "**Schedule of Rejected Contracts**," and each agreement listed therein, an "**Agreement**").

**Parties to executory contracts or unexpired leases with the Debtors are advised to carefully review the information contained herein and the related provisions of the Plan.**

Inclusion of an Agreement in the Schedule of Rejected Contracts is not an admission by the Debtors that any of the Agreements listed therein are executory contracts or unexpired leases. Subject to the terms of the Plan, the Debtors reserve the right to assert that any of the Agreements listed in the Schedule of Rejected Contracts are not executory contracts or unexpired leases. As a matter of administrative convenience, in certain cases the Debtors may have listed the original parties to the Agreements listed in the Schedule of Rejected Contracts without taking into account any succession of trustees or any other transfers or assignments from one party to another. The fact that the current parties to any particular Agreements may not be named in the Schedule of Rejected Contracts is not intended to change the treatment of such Agreements. References to any Agreements to be rejected pursuant to the Plan are to the applicable Agreement and other operative documents as of the date of the Plan Supplement, as they may have been amended, modified, or supplemented from time to time and as may be further amended, modified, or supplemented by the parties thereto between such date and the Plan Effective Date.

Out of an abundance of caution, and for the avoidance of doubt, the Debtors may have listed herein certain Agreements that have previously been rejected, and nothing herein is intended to change or alter the date of rejection or the terms of rejection of any previously rejected Agreement.

**The Debtors reserve all rights to amend, supplement, or otherwise modify this Exhibit J to the Plan Supplement, and any of the designations contained herein, at any time before the Plan Effective Date, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**Air Methods**
Schedule of Rejected Contracts

| Contract ID | Counterparty | Debtor | Agreement |
|---|---|---|---|
| 5387 | Carnegie San Bernadino LLC | Mercy Air Service, Inc. | Lease agreement, as amended August 31, 2022 through November 1, 2025 |
| 14360 | VP Wilson Properties, LLC | Air Methods Corporation | Lease agreement, dated as of February 10, 2022 through May 31, 2027 |