**Exhibit J-1**

**Redline**

**Air Methods**
Schedule of Rejected Contracts

| Contract ID | Counterparty | Debtor | Agreement |
|---|---|---|---|
| 5387 | Carnegie San Bernadino LLC | Mercy Air Service, Inc. | Lease agreement, as amended August 31, 2022 through November 1, 2025 |
| 14360 | VP Wilson Properties, LLC | Air Methods Corporation | Lease agreement, dated as of February 10, 2022 through May 31, 2027 |
| ~~10033~~ | ~~5500 South Quebec, LLC~~ | ~~Air Methods Corporation~~ | ~~Lease agreement, as amended September 1, 2019 through July 31, 2028~~ |