IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AIR METHODS CORPORATION, *et al.*, | § § § § | Case No. 23-90886 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

NOTICE OF PLAN EFFECTIVE DATE OF
AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF
AIR METHODS CORPORATION AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that on December 6, 2023, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving Debtors' Disclosure Statement and (II) Confirming Amended Joint Prepackaged Chapter 11 Plan of Air Methods Corporation and Its Affiliated Debtors* (Docket No. 311) (the "**Confirmation Order**") confirming the *Amended Joint Prepackaged Chapter 11 Plan of Air Methods Corporation and Its Affiliated Debtors*, dated November 30, 2023 (Docket No. 279) (as amended, supplemented, or otherwise modified from time to time in accordance with its terms, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that on December 28, 2023 all conditions precedent to consummation of the Plan were satisfied or waived in accordance with Article IX of the Plan. Further, no stay of the Confirmation Order is in effect. Accordingly, December 28, 2023 is the Plan Effective Date. As of the Plan Effective Date, the injunction set forth in Article X of the Plan is now in place.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 8.1 of the Plan, on the Plan Effective Date, except as otherwise provided in the Plan, all executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed assumed as of and subject to the occurrence of the Plan Effective Date, unless such contract or lease (i) was previously

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Air Methods Corporation (5893), ASP AMC Holdings, Inc. (3873), ASP AMC Intermediate Holdings, Inc. (2677), Air Methods Telemedicine, LLC (2091), United Rotorcraft Solutions, LLC (2763), Mercy Air Service, Inc. (0626), LifeNet, Inc. (3381), Rocky Mountain Holdings, L.L.C. (3822), Air Methods Tours, Inc. (4178), Tri-State Care Flight, L.L.C. (5216), Advantage LLC (2762), Enchantment Aviation, Inc. (5198), Native Air Services, Inc. (8798), Native American Air Ambulance, Inc. (8800), AirMD, LLC (1368), Midwest Corporate Air Care, LLC (N/A). The Debtors' mailing address is 5500 South Quebec Street, Suite 300, Greenwood Village, CO 80111.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

assumed or rejected by the Debtors, pursuant to a Final Order of the Bankruptcy Court, (ii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto, (iii) is the subject of a motion to reject filed by the Debtors on or before the Confirmation Date, or (iv) is specifically designated as a contract or lease to be rejected on the Schedule of Rejected Contracts.  Any Cure Amount shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the Cure Amount (i) in Cash on the Plan Effective Date, (ii) in the ordinary course of business, or (iii) on such other terms as the counterparties to such executory contracts or unexpired leases and the Debtors may otherwise agree.  As of the Plan Effective Date, entry of the Confirmation Order by the Bankruptcy Court constitutes approval of the assumptions or rejections provided for in the Plan pursuant to sections 365(a) and 1123 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, Plan, and Disclosure Statement may be obtained free of charge by visiting the website maintained by Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/AirMethods.  Parties may also obtain any documents filed in these chapter 11 cases for a fee via PACER at https://www.pacer.gov/.  Please note that a PACER password and login are required to access documents via PACER.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the provisions thereof (including the exhibits and schedules thereto and all documents and agreements executed pursuant thereto or in connection therewith), the Plan Supplement, and the Confirmation Order are effective and enforceable and shall bind the Reorganized Debtors, the Released Parties, the Exculpated Parties, all holders of Claims and Interests (irrespective of whether such Claims or Interests are impaired under the Plan or whether the holders of such Claims or Interests accepted or are deemed to have accepted the Plan), any other person giving, acquiring, or receiving property under the Plan, any and all non-Debtor parties to executory contracts and unexpired leases with any of the Debtors, any other party in interest in these chapter 11 cases, and the respective heirs, executors, administrators, successors, or assigns, if any, of any of the foregoing.  All settlements, compromises, releases (including the releases set forth in Article X of the Plan), waivers, discharges, exculpations, and injunctions set forth in the Plan are effective and binding on any Entity that may have had standing to assert any settled, compromised, released, waived, discharged, exculpated, or enjoined Causes of Action.

[*Remainder of Page Left Blank Intentionally*]

Dated: December 28, 2023
      Houston, Texas

      /s/ Gabriel A. Morgan
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Gabriel.Morgan@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Kelly DiBlasi (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
Alexander P. Cohen (24109739)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
       Kelly.DiBlasi@weil.com
       Kevin.Bostel@weil.com
       Alexander.Cohen@weil.com

*Attorneys for Debtors
and Debtors in Possession*